IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

v.                                                      No. 1:22cv00326

NEW ENTERPRISES, LLC,
RAFAEL MORA and
M&J OILFIELD SERVICES, LLC,

    Defendants.

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff Travelers Casualty Insurance Company of America and Defendants Mora and M&J Oilfield Services jointly move the Court to enter Final Judgement. As grounds for this Motion, the parties state that they agreed to a form of Final Judgment consistent with the Court's Order it entered on January 19, 2023.

WHEREFORE, the Parties respectfully request that the Court enter the attached Final Judgment.

                                    MODRALL, SPERLING, ROEHL, HARRIS
                                       & SISK, P.A.

                                  By: */s/ Sonya R. Burke*
                                      Jennifer A. Noya
                                      Sonya R. Burke
                                      Post Office Box 2168
                                      Bank of America Centre, Suite 1000
                                      500 Fourth Street, N.W.
                                      Albuquerque, New Mexico 87103-2168
                                      Telephone: (505) 848-1800
                                 *Attorneys for Travelers*

        By: *Approved via email on 2.12.25*
            Jeff Ray
            Brian Brack
            Rebecca Alvarez
            Ray Pena McChristian PC
            6501 Americas Pkwy NE, Ste 820
            Albuquerque, NM 87110
            505.855.6000
            jray@raylaw.com
            bbrack@raylaw.com
            rsung@raylaw.com
*Attorneys for Mora and M&J Oilfield Services*