IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

v.                                                                                No. 2:22-cv-00326-SMD-DLM

NEW ENTERPRISES, LLC,
RAFAEL MORA and
M&J OILFIELD SERVICES, LLC,

    Defendants.

## FINAL JUDGMENT

THIS COURT entered its Order Granting Summary and Default Judgment on January 19, 2023 [Doc. 23]. The parties stipulate that the Order Granting Summary and Default Judgment decided the controversies at issue in this litigation on the merits and disposed of the dispute between the parties. Therefore, final judgment is properly entered in favor of Travelers Casualty Insurance Company of America and this case is hereby DISMISSED WITH PREJUDICE.

_____
SARAH M. DAVENPORT
United States District Judge